

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00437-CV

———————————————

RAGLE, INC. AND FIDELITY AND DEPOSIT COMPANY OF MARYLAND,
Appellants

V.

ALLIANCE TRUCKING, LP, Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-342604-23

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On September 30, 2024, and October 17, 2024, we warned Appellants that we would dismiss this appeal unless they paid the filing fee. *See* Tex. R. App. P. 5, 12.1(b), 44.3. They still have not done so. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: November 14, 2024